UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDELMIRA ROY,

         Plaintiff(s),                      No. C 12-2643 PJH

  v.                                   **ORDER OF DISMISSAL**

NATIONWIDE CREDIT INC, et al.,

         Defendant(s).

_____/

      The parties hereto, by their counsel, having advised the court that they have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within ninety (90) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      If no certification is filed, after passage of ninety (90) days, the dismissal shall be **with** prejudice. The parties are free to substitute their own dismissal with prejudice for this conditional dismissal at anytime before passage of ninety days.

      IT IS SO ORDERED.

Dated:  July 23, 2012

                                                        _____
                                                        PHYLLIS J. HAMILTON
                                                       United States District Judge